NO. 26-1062

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT


KIRA FERGUSON, Individually and as Executrix of the ESTATE OF
WILLIAM S. FERGUSON, DECEASED, and SHANNON FERGUSON, in
her own right,

*Appellants*

v.

SUSAN BLACKWELL

*Appellee*


ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGTON DIVISION
NO: 1:23-CV-00032

---

SECOND AMENDED JOINT APPENDIX

VOLUME I

---

Mary Lynn Tate, Esquire
Tate Law, P.C.
P.O. Box 807
Abingdon, VA 24212
-and-
Gerard K. Schrom, Esquire
Schrom & Shaffer, P.C.
4 W. Front Street
Media, PA 19063

Stewart R. Pollock, Esquire
Kathleen McCauley, Esquire
Moran Reeves & Conn, P.C.
1211 E. Cary Street
Richmond, VA 23219

**VOLUME I**

Opinion .................................................................................................JA1

Final Judgment .....................................................................................JA5

United States District Court for the Western District of
Virginia Abington Division Docket Entries for *Ferguson, et al v. Blackwell*
No: 1:23-cv-00032 ...............................................................................JA6

**VOLUME II**

Notice of Removal .............................................................................JA14

Order Requesting Transmittal of Case File from Wythe County
Circuit Court ......................................................................................JA93

First Notice of Appearance of Counsel for Susan Doonan Bielski
(Stewart Pollock) ..............................................................................JA94

First Notice of Appearance of Counsel for Susan Doonan Bielski
(Kathleen McCauley).........................................................................JA96

Certified True Paper Copies of State Court Records
Received from Wythe County Circuit Court ......................................JA98

First Notice of Appearance of Counsel Flux J. Neo for Kira Ferguson
and Shannon Ferguson .....................................................................JA216

Motion for Pro Hac Vice of Gerard K. Schrom ...............................JA218

Order Granting Pro Hac Vice Motion of Gerard K. Schrom............JA225

Notice of Appearance of Counsel for Plaintiff Kira Ferguson
(Gerard K. Schrom............................................................................JA226

Motion to Dismiss Lack of Jurisdiction by Susan Doonan Bielski .................JA227

Order to Respond to Defendant's Motion to Dismiss
for Lack of Jurisdiction....................................................................JA241

Notice to Counsel Regarding Scheduling Conference .....................JA242

Motion for Extension of Time to File Response/Reply to Motion
to Dismiss for Lack of Jurisdiction by Kira Ferguson and
Shannon Ferguson.............................................................................JA243

Notice by Susan Doonan Bielski's Name Change ...........................JA245

Order Granting Name Change...........................................................JA247

First Notice of Appearance of Counsel for Plaintiff
(Mary Lynn Tate).............................................................................JA248

## VOLUME III

Amended Complaint by Kira Ferguson and Shannon Ferguson ...................... JA250

Response in Opposition re: Motion to Dismiss by Kira Ferguson
and Shannon Ferguson ................................................................................ JA264

Order Regarding Amended Complaint filed by Kira Ferguson
and Shannon Ferguson ................................................................................ JA270

Reply in Support of her Motion to Dismiss for Lack of Jurisdiction
by Susan Doonan Bielski .............................................................................. JA271

Second Motion for Extension of Time to File Response in Opposition
to ECF No. 11 Motion to Dismiss by Kira Ferguson and
Shannon Ferguson........................................................................................ JA281

First Motion for Leave to file a Sur-Reply ECF 23 Motion to Dismiss
by Kira Ferguson and Shannon Ferguson...................................................... JA285

First Motion to Amend/Correct Notice of Removal, ECF No. 1
Complaint by Kira Ferguson and Shannon Ferguson .................................... JA290

First Amended Complaint by Kira Ferguson and Shannon Ferguson.............. JA306

Second Motion to Dismiss for Lack of Jurisdiction
by Susan Doonan Blackwell ......................................................................... JA320

Response in Opposition re: Second Motion to Dismiss for Lack of
Jurisdiction by Kira Ferguson and Shannon Ferguson................................... JA369

First Response in Support re: Motion to Dismiss for Lack of Jurisdiction
by Susan Doonan Blackwell ......................................................................... JA385

Opinion and Order Denying Defendant's ECF No. 32 Motion to Dismiss
for Lack of Jurisdiction ............................................................................... JA444

First Motion to Dismiss Pursuant to 12(b)(6) and 12(b)(1) for Failure
to State a Claim by Susan Doonan Blackwell ............................................... JA455

First Motion to Amend/Correct ECF No. 37 First Motion to Dismiss for
Failure to State a Claim by Susan Doonan Blackwell ................................... JA470

Letter to Court by Kira Ferguson and Shannon Ferguson............................. JA489

Letter to Court by Kira Ferson and Shannon Ferguson................................. JA490

Letter to Court by Kira Ferguson and Shannon Ferguson............................. JA491

Notice by Non-Party Tara Adams, Administrator ........................................ JA492

## VOLUME IV

First Response in Opposition re: ECF No. 37 First Motion to Dismiss for Failure to State a Claim by Kira Ferguson and Shannon Ferguson ........... JA500

Motion and Motion to Strike ECF No. 49 Notice, by Kira Ferguson and Shannon Ferguson. ...................................................................................... JA525

First Response in Support re: ECF No. 37 First Motion to Dismiss For Failure to State a Claim filed by Susan Doonan Blackwell ........................... JA531

Non-Party Tara Adams's Motion to Seal ........................................................ JA543

Order Regarding Motion to Seal ..................................................................... JA547

(Filed Under Seal) Response to Motion to Seal and Motion to Strike by non-party Tara Adams, CPA, Administrator of the Estate of William S. Ferguson. ............................................................................ JA548

Additional Evidence - Exhibit A in Support of SEALED Response to Motion to Seal and Motion to Strike by Tara Adams, Administrator .............. JA556

Letter Motion to Stay by Kira Ferguson and Shannon Ferguson .................... JA561

Wythe County Circuit Court Petition for Review Substitution of Administrator and Motion for Injunction ................................................... JA562

(Filed Under Seal) Plaintiff's Response in Support of Motion to Seal and Strike the "Notice" ECF No. 29 Non-Party Tara Adams by Kira Ferguson and Shannon Ferguson ...................................................... JA573

Minute Entry for Proceedings Held Before Senior Judge James P. Jones: Motion Hearing held on 10/9/2024 re: ECF No. 37 First Motion to Dismiss for Failure to State a Claim Filed by Susan Doonan Blackwell......... JA590

October 9, 2024 Transcript of Proceedings (Motion to Dismiss Hearing) before Honorable James P. Jones, Senior District Court Judge ...................... JA591

Order Regarding Sealed Documents ECF No. 58 , Sealed Motion, Motion to Strike ECF No. 49 Notice (Other) ECF No. 52 filed by Kira Ferguson, Shannon Ferguson, Sealed Document ECF No. 61, Sealed Document, ECF No. 63 ...................................................................... JA635

Transcript of Hearing dated January 14, 2025 ................................................ JA637

First Motion to Substitute Party Adm. Thomas M. Jackson, Jr., by Kira Ferguston and Shannon Ferguson...................................................... JA709

Response in Opposition re: First Motion to Substitute Party by Susan Doonan Blackwell ............................................................................. JA711

Order denying ECF No. 67 Motion to Substitute Party ................................. JA718

Opinion re: ECF No. 67 Motion to Substitute Party .......................................JA720

Order Regarding State Court Documents .......................................................JA728

Order to Show Cause .....................................................................................JA735

Response to Order to Show Cause by Kira Ferguson and
Shannon Ferguson........................................................................................JA736

Brief/Memorandum in Opposition to ECF No. 73 Response to
Order to Show Cause Susan Doonan Blackwell............................................JA744

Notice of Appeal ...........................................................................................JA747